### In the United States District Court
### for the Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| ROBERT E. SMITH and<br>MELISSA SMITH, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BENJAMIN R. CLARK,<br>individually, and COASTLINE<br>CONSTRUCTION COMPANY, INC., | : | |
| | : | |
| Defendants. | | NO. CV205-117 |

### O R D E R

Plaintiffs, Robert E. Smith and Melissa Smith, filed this action against Defendants, Benjamin R. Clark and Coastline Construction Company, Inc. ("Coastline"), asserting tort and contract claims under Georgia law. Coastline filed a counterclaim against the Smiths for breach of contract.

Presently before the Court is the Smiths' motion for partial summary judgment regarding Clark's liability for the acts of his alleged alter ego corporation, Coastline. Because there is abundant evidence that piercing the corporate veil is

AO 72A
(Rev. 8/82)

warranted in this case, and because Defendants concede that Plaintiff's motion should be granted, the motion is **GRANTED**. See Dkt. Nos. 69, 70, 73, 74, & 81.

**SO ORDERED**, this ___22___ day of December, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)