**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 19   A 10: 42

CLERK _S. Valictoire_
SO. DIST. OF GA.

ROBERT E. SMITH and
MELISSA SMITH,

   Plaintiffs,

  vs.

BENJAMIN ROBERT CLARK,
individually, and COASTLINE
CONSTRUCTION COMPANY, INC.,

   Defendants.

      CIVIL ACTION NO.: CV205-117

## O R D E R

 Defendants have filed a Motion in Limine and the Plaintiffs have filed a response. The Court rules as follows:

 1. Defendants seek to exclude criminal convictions of Defendant Ben Clark. This portion of Defendants' motion is **granted**.

 2. Defendants seek to exclude the fact that Plaintiffs were granted partial summary judgment on their "Piercing the Corporate Veil" claim.   This portion of Defendants motion is **denied** at this time.   The Court will address the admissibility of that evidence at trial.

 3. Defendants seek to exclude "the current condition of Plaintiffs' property." This portion of Defendants' motion is **denied** at this time.   The Court will address the admissibility of that evidence at trial.

 **SO ORDERED**, this _19th_ day of January, 2007.

       JAMES E. GRAHAM
       UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)