IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT E. SMITH and
MELISSA SMITH,

    Plaintiffs,

vs.

BENJAMIN ROBERT CLARK,
individually, and COASTLINE
CONSTRUCTION COMPANY, INC.,

    Defendants.

CIVIL ACTION NO.: CV205-117

## ORDER

The captioned case is scheduled for jury selection and trial on February 12, 2007. Counsel for the parties are hereby directed to confer on or before February 7, 2007 and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised at or before 12:00 noon on February 7, 2007, as to any remaining objections, if any, to exhibits and deposition testimony. <u>Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time.</u>

Any objection not so identified shall be deemed abandoned.

**SO ORDERED**, this 29th day of January, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)