# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 FEB -8  P 3: 01
CLERK _____
S. DIST. OF GA.

| | | |
|---|---|---|
| ROBERT E. SMITH and<br>MELISSA SMITH,<br><br>    Plaintiffs,<br><br>    v.<br><br>BENJAMIN ROBERT CLARK,<br>Individually, and COASTLINE<br>CONSTRUCTION COMPANY, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. CV205-117 |

### O R D E R

The Court, having been advised by counsel for the parties that the above action has been settled,

IT IS **ORDERED** that this action is hereby dismissed with prejudice, subject to the right, upon good cause shown, within one hundred twenty (120) days, to reopen the action for the sole purpose of enforcing the settlement.

AO 72A
(Rev. 8/82)

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ____8____ day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA